**Eric Alan SANDERS, Plaintiff-Appellant,**

v.

**FAMILY DOLLAR STORES, INCORPORATED, Defendant-Appellee.**

**No. 17-1109**

United States Court of Appeals, Fourth Circuit.

Submitted: August 17, 2017

Decided: August 21, 2017

Eric Alan Sanders, Appellant Pro Se. Zachary L. Weaver, Ronald K. Wray, II, GALLIVAN, WHITE & BOYD, PA, Greensville, South Carolina, for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint for failing to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny Sanders' pending motions and affirm for the reasons stated by the district court. *Sanders v. Family Dollar Stores, Inc.*, No. 0:15-cv-00586-JMC, 2017 WL 24252 (D.S.C. filed Jan. 3, 2017 & entered Jan. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*